# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Eduardo E. Rojas,                                     :
                          Petitioner                  :
                                                      :
        v.                                            :        No. 1256 C.D. 2017
                                                      :
Pennsylvania State Horse Racing                       :
Commission (Department of                             :
Agriculture),                                         :
                          Respondent                  :

## O R D E R

NOW, April 18, 2018, upon consideration of petitioner's application for reconsideration/reargument, and respondent State Horse Racing Commission's and intervenor-respondents Mountainview Thoroughbred Racing Association, LLC and Penn National Turf Club, LLC's joint answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge